UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAR - 9 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 3:18SW49 |
| 261 Richland Road Fredericksburg, Virginia, 22406 | ) ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A (copy attached), fully incorporated by reference herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B (copy attached,) fully incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___March 17, 2018___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: March 7, 2018, 11:30 am

/S/ David J. Novak
United States Magistrate Judge

City and state: Richmond, Virginia

David J. Novak, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:18SW49 | Date and time warrant executed: 03/08/2018 8:30 Am | Copy of warrant and inventory left with: Ann Weed |
| Inventory made in the presence of: Ann Weed | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Please see Attached Inventory Sheets

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/08/2018

_____
Executing officer's signature

Steven K. Hall, Special Agent
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 65F-RH-2792783

On (date) 3/8/18

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____
(Street Address) 261 Richland Road
(City) Fredericksburg, VA

Description of Item(s):
1. Galaxy S4  IMEI 990000445822 8750
2. Microsoft tablet 128 GB  046381651752
3. Five compact discs in cases
4. Motorola flip phone IMEI 356863003522241
5. iPad 16GB  S/N DN6HQR7QDFHW
6. Zip drives
7. Hard drive  SGFE2914
8. CART copy of Motorola XT1254 S/N ZX1F42ZGDK
9. Hard drive 11S10L6062ZJ15HRP01TBE
10. San disk 16 GB micro SD card
11. San disk 16 GB Thumbdrive
12. Two optical media
13. Ram capture of HD computer S/N CR3019CZ ; HDD Seagate ST3P00DM001 S/N Z1F2ZYWM
14. (3) optical media
15. (36) optical media
16. Samsung tablet S/N RF2D40MKCAV
17. (1) optical media
18. SD card and USB thumbdrive

Received By: _____ (Signature)    Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: C5F-RH-2783

On (date): 3/8/17

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 

(Street Address): 261 Richland Road

(City): Fredericksburg, VA

Description of Item(s):

19. (1) beagle bone microprocessor
20. FOUO Trident CDs (2); Trident manuals (6)
21. Samsung SD card
22. (10) Samsung micro SD adapters
23. HP Envy 23 Touchsmart model 23-D027C  S/N: 3CR30219CZ
24. Sandisk 32GB MicroSD from D-Link DCS-5030L, MAC ID - B0C6554F7473
25. (6) Computer parts - microprocessors
26. (1) CD-R Verbatim photos 2005-06
27. CART - (1) thumbdrive containing RAM capture of quentum byte computer from room B
28. Waterproof notebook + mileage log containing addresses + passwords
29. Flipphone (AT+T) S/N 327B42051958 model #7222
30. 1 CD-R 80 700mb connor weed L+ 4th finger 5/11/11
31. USB adapter
32. Aegis secure key thumbdrive 120GB S/N 40150008146
33. One mini computer
34. One mini computer S/N 4005241301000441608

Received By: Sten K. Hall (Signature)

Printed Name/Title: Steven K. Hall   SA

Received From: _____ (Signature)

Printed Name/Title: _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 65F-RH-2792783

On (date) 3/8/18

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 261 Richland Rd.

(City) Fredericksburg, VA

Description of Item(s):

35. Thumb drive PIN Technologies Attache
36. IPod w/case S/N 8K72489AV9R
37. 13 optical media
38. Black gorilla drive USB thumbdrive
39. SD Card Lear Multi-use 8GB
40. SD card, memory stick pro duo 4GB w/Sandisk adapter
41. SD card, memory stick pro duo 2GB
42. PNY micro SD + adapter
43. 2 3.5 inch floppy disks
44. Hard drive Seagate ST1120ØN S/N TSG4007 from digital computer PE50A-A9 S/N AB2350GKV5
45. One network chassis
46. Aegis secure key 120GB thumbdrive S/N: 108150008322
47. 8 optical media disks
48. One mini computer 1415223
49. Lenovo yoga 2 Pro S/N YB05483373 w/ power adapter
50. HP Laptop TPN-I108 S/N 5CG3433PBW
51. Microsoft Surface S/N: 034398144953

Received By: _Steven K. Hall_ (Signature)

Printed Name/Title: Steven K. Hall SA

Received From: _[signature]_ (Signature)

Printed Name/Title: _____

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 65F-RH-2792783

On (date) 3/8/18

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) 261 Richland Rd.

(City) Fredericksburg, VA

Description of Item(s):

52. 1 Integrity Computer RX 2660 S/N USE4851GH3
53. HP Server SN: S0H49020LK

Received By: Sam K. Hall (Signature)

Received From: [Signature]